MEIER, Plaintiff in Error, *vs.* LESTER & KRUM, Defendants in Error.

1. Under the practice act of 1849, a suit upon an official bond given to the state must be brought in the name of the state, as the trustee of an express trust. (*State v. Moore,* 19 Mo. Rep. 369, affirmed.)

### Error to St. Louis Court of Common Pleas.

This was an action brought in the name of Meier, upon a constable's bond given to the state. The breach of the condition was alleged in the petition to consist in a seizure and sale by the constable of property of the plaintiff, which was by law exempt from execution. A demurrer to the petition was sustained by the court below, and the plaintiff appealed.

*Hart & Jecko,* for plaintiff in error.

*C. Harding, jr.,* for defendants in error.

LEONARD, Judge. This judgment must be affirmed, according to the case of the *State* v. *Moore,* (19 Mo. Rep. 369,) where it is holden that the suit upon the official bond of an officer, given to the state, must be in the name of the state, as the trustee of an express trust, within the meaning of our new practice act. Judgment affirmed accordingly.